OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

UNITED STATES POSTAGE
PITNEY BOWES
$ 00.406
SEP 17 2014
02 1R
0006557458
MAILED FROM ZIP CODE 78701

PRESORTED
FIRST CLASS

RE: WR-81,822-01

RENE ALEJANDRO MENDOZA

**RETURN TO SENDER**
**NOT IN DALLAS COUNTY JAIL**

COURT OF CRIMINAL APPEALS
OF TEXAS

P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711